NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVATIVE PRESSURE TESTING, LLC,**

*Appellant*

**v.**

**OFFSHORE TECHNICAL COMPLIANCE, LLC,**

*Appellee*

---

2022-1315

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00923.

---

**ON MOTION**

---

## O R D E R

Innovative Pressure Testing, LLC moves to voluntarily dismiss its appeal with each party to bear its own costs. Offshore Technical Compliance, LLC responds that it "has incurred no recoverable costs in this appeal" and that "[a]ppellate costs are therefore moot." ECF No. 15 at 5.

Accordingly,

IT IS ORDERED THAT:

2   INNOVATIVE PRESSURE TESTING, LLC v. OFFSHORE TECHNICAL
                                         COMPLIANCE, LLC

(1)  Innovative Pressure Testing's motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs as applicable.

FOR THE COURT

June 7, 2022                          /s/ Peter R. Marksteiner
    Date                             Peter R. Marksteiner
                                     Clerk of Court

ISSUED AS A MANDATE: June 7, 2022